IN RE RAHEEM L.

[Cite as *In re Raheem L.,* 128 Ohio St.3d 355, 2011-Ohio-955.]

*Discretionary appeal accepted, judgment of the court of appeals reversed on the authority of In re Anderson, and cause remanded to the court of appeals for further proceedings.*

(No. 2010-2030 — Submitted February 15, 2011 — Decided March 8, 2011.)

APPEAL from the Court of Appeals for Hamilton County, No. C-100608.

_____

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *In re Anderson*, 92 Ohio St.3d 63, 2001-Ohio-131, 748 N.E.2d 67, and the cause is remanded to the court of appeals for further proceedings.

O'CONNOR, C.J., and LUNDBERG STRATTON, O'DONNELL, CUPP, and MCGEE BROWN, JJ., concur.

PFEIFER and LANZINGER, JJ., dissent and would not accept the discretionary appeal.

_____

Timothy Young, Ohio Public Defender, and Amanda J. Powell, Assistant Public Defender, for appellant, Raheem L.

_____